

DIAZ, REUS & TARG, LLP
MIAMI OFFICE
100 S.E. 2nd Street
3400 Miami Tower
Miami, Florida 33131

Tel: (305) 375-9220
Fax: (305) 375-8050
www.diazreus.com

June 15, 2016

The Honorable Raymond J. Dearie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    **Re: US v. Fabio Tordin**
      **Case No. 15 CR 564 (RJD)**

Dear Judge Dearie:

  On November 9, 2015, the Defendant, Fabio Tordin, entered a Plea of Guilty in the above-referenced matter. After accepting the plea, the Court scheduled sentencing for June 24, 2016.

  The Defendant respectfully requests that the sentencing be adjourned to December 9, 2016, at 10:15 a.m. We have been advised by Chambers that this is a date and time when the Court is available. The government consents to this request.

  Thank you for your professional courtesies in these regards.

           Sincerely,

           Robert I. Targ
           Counsel for Defendant

           Juan M. Vargas
           Counsel for Defendant

RIT:lv
*cc: AUSA Paul Tuchmann*